THE GALVESTON, HARRISBURG AND SAN ANTONIO RAILWAY COMPANY, Respondent, v. E. I. DU PONT DE NEMOURS POWDER COMPANY, Appellant.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.